No. 44, Misc.  NORRIS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Frederick R. Tourkow* and *Richard C. Ver Wiebe* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 45, Misc.  DEGREGORY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Eleanor Jackson Piel* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 46, Misc.  LUCAS v. MCMANN, WARDEN.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.*  *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 47, Misc.  CURRY v. WEAKLEY, REFORMATORY SUPERINTENDENT, ET AL.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Doar, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 48, Misc.  ACOSTA v. FITZHARRIS, CORRECTIONAL SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 50, Misc.  KLEIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.